UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ELIJAH AXSON** | * | CIVIL ACTION NO.  2015-3900 |
| | * | |
| VERSUS | * | SECTION J-1 |
| | * | |
| **PARKER DRILLING OFFSHORE USA, LLC** | * | JUDGE CARL J. BARBIER |
| **AND BAILEY'S CATERING, L.L.C.** | * | |
| | * | MAGISTRATE SALLY SHUSHAN |
| | * | |

*******************************************************************************

### MOTION TO CONSOLIDATE AND TRANSFER

NOW INTO COURT, through undersigned counsel, comes defendant, Bailey's Catering, L.L.C., which, appearing only for the purpose of filing this Motion, seeks to consolidate the above-captioned matter filed by plaintiff, Elijah Axson, with the suit, *Bailey's Catering, L.L.C. v. Elijah Axson*, U.S. Eastern District Court of Louisiana case no. 2015-3079, and transfer this matter to Division "I-5" for further proceedings, for the reasons assigned in the attached memorandum.

Respectfully submitted,

**REICH, ALBUM & PLUNKETT, L.L.C.**

   /s/ Robert S. Reich_____
ROBERT S. REICH, T.A. (#11163)
MICHAEL T. WAWRZYCKI (#30788)
Two Lakeway Center, Suite 1000
3850 N. Causeway Blvd.
Metairie, Louisiana 70002
Telephone: (504) 830-3999
Facsimile: (504) 830-3950
Email: rreich@rapllclaw.com
Email: mwawrzycki@rapllclaw.com
***Attorneys for Bailey's Catering, L.L.C.***

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on 9th day of September, 2015, I electronically filed the foregoing with the Clerk of Court and a copy by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

   /s/ Robert S. Reich
Robert S. Reich