UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ELIJAH AXSON** | * | CIVIL ACTION NO.  2015-3900 |
| | * | |
| VERSUS | * | SECTION J-1 |
| | * | |
| **PARKER DRILLING OFFSHORE USA, LLC** | * | JUDGE CARL J. BARBIER |
| **AND BAILEY'S CATERING, L.L.C.** | * | |
| | * | MAGISTRATE SALLY SHUSHAN |
| | * | |

*****************************************************************************

### MEMORANDUM IN SUPPORT OF
### MOTION TO CONSOLIDATE AND TRANSFER

MAY IT PLEASE THE COURT:

      Plaintiff in this matter filed suit on August 28, 2015, for damages arising out of an alleged offshore incident that he avers occurred on September 23, 2014.  Plaintiff has named two causes of action in his Complaint: one for maintenance and cure, and another for liability under the Jones Act or General Maritime Law.[1]  However, almost a month earlier, on July 30, 2015, Bailey's filed a Complaint for Declaratory Judgment against Elijah Axson, seeking declarations as to its non-liability in relation to the same two causes of action: maintenance and cure and liability.[2]  Under United States Fifth Circuit Court of Appeals precedent, Bailey's earlier suit was appropriately filed.[3]  The matter is justiciable, the original court has authority to hear the declaratory action, and Bailey's has asked that Court to use its discretion to maintain the suit.[4]

      It is also the rule in this circuit that the first filed action should be the one that proceeds, to

---

[1] *See* Rec. Doc. 1.

[2] *See* Complaint in Case No. 2015-3079, attached hereto as Exhibit "A."

[3] *See Sherwin-Williams Co. v. Holmes County*, 343 F.3d 383, 387 (5th Cir. 2003); *St. Paul Ins. Co. v. Trejo*, 39 F.3d 585, 590-91 (5th Cir. 1994).

[4] For all the reasons given in Rec. Doc. 6 in case no. 2015-3079.

avoid the waste of duplication, and to promote comity and sound judicial administration.[5]  Here, the above-captioned matter is clearly duplicative and may be an attempt at judge shopping.  The fact remains that a prior case is pending in this court under the caption *Bailey's Catering, L.L.C. v. Elijah Axson*, U.S. Eastern District Court of Louisiana case no. 2015-3079, Div. I-5.  Both of these suits arise out of the same facts and circumstances, present common issues of fact and law, and expressly deal with the same two causes of action.  Therefore, pursuant to Rule 42 of the Federal Code of Civil Procedure, the two matters should be consolidated to the first-filed lawsuit, case no. 2015-3079, and transferred to Div. "I-5" for further proceedings.

Respectfully submitted,

**REICH, ALBUM & PLUNKETT, L.L.C.**

  /s/ Robert S. Reich
ROBERT S. REICH, T.A. (#11163)
MICHAEL T. WAWRZYCKI (#30788)
Two Lakeway Center, Suite 1000
3850 N. Causeway Blvd.
Metairie, Louisiana 70002
Telephone: (504) 830-3999
Facsimile: (504) 830-3950
Email: rreich@rapllclaw.com
Email: mwawrzycki@rapllclaw.com
***Attorneys for Bailey's Catering, L.L.C.***

**CERTIFICATE OF SERVICE**

I hereby certify that on 9th day of September, 2015, I electronically filed the foregoing with the Clerk of Court and a copy by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

  /s/ Robert S. Reich
Robert S. Reich

---

5 *Amerijet Int'l, Inc. v. Zero Gravity Corp.*, 785 F.3d 967, 976 (5th Cir. 2015).