UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ELIJAH AXSON** | * | CIVIL ACTION NO.  2015-3900 |
| | * | |
| VERSUS | * | SECTION J-1 |
| | * | |
| **PARKER DRILLING OFFSHORE USA, LLC** | * | JUDGE CARL J. BARBIER |
| **AND BAILEY'S CATERING, L.L.C.** | * | |
| | * | MAGISTRATE SALLY SHUSHAN |
| | * | |

*****************************************************************************

### NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that defendant, Bailey's Catering, L.L.C.; will submit its Motion to Consolidate and Transfer, against plaintiff, Elijah Axson; on the 7th day of October, 2015, at 9:30 o'clock in the a.m.; before the Honorable Carl Barbier, at the United States Courthouse, 500 Poydras Street, New Orleans, Louisiana 70130, Room C268.

Respectfully submitted,
**REICH, ALBUM & PLUNKETT, L.L.C.**

  /s/ Robert S. Reich
ROBERT S. REICH, T.A. (#11163)
MICHAEL T. WAWRZYCKI (#30788)
Two Lakeway Center, Suite 1000
3850 N. Causeway Blvd.
Metairie, Louisiana 70002
Telephone: (504) 830-3999
Facsimile: (504) 830-3950
Email: rreich@rapllclaw.com
Email: mwawrzycki@rapllclaw.com
*Attorneys for Bailey's Catering, L.L.C.*

### CERTIFICATE OF SERVICE

I hereby certify that on 9th day of September, 2015, I electronically filed the foregoing with the Clerk of Court and a copy by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

  /s/ Robert S. Reich
Robert S. Reich