UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ELIJAH AXSON** | * | CIVIL ACTION NO. 2015-3900 |
| | * | |
| VERSUS | * | SECTION J-1 |
| | * | |
| **PARKER DRILLING OFFSHORE USA, LLC** | * | JUDGE CARL J. BARBIER |
| **AND BAILEY'S CATERING, L.L.C.** | * | |
| | * | MAGISTRATE SALLY SHUSHAN |
| | * | |

*****************************************************************************

## ORDER

Considering the Motion to Consolidate and Transfer, filed by Bailey's Catering, L.L.C., the Court finds that the law and evidence is in favor of the mover. Accordingly, Bailey's Motion is GRANTED. Therefore;

**IT IS HEREBY ORDERED THAT** the above-captioned matter is consolidated with the suit entitled, *Bailey's Catering, L.L.C. v. Elijah Axson*, U.S. Eastern District Court of Louisiana case no. 2015-3079, and is hereby transferred to Division "I-5" of this Court for further proceedings.

New Orleans, Louisiana this _____ day of _____, 2015.


_____
HONORABLE CARL J. BARBIER
DISTRICT COURT JUDGE