UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **BAILEY'S CATERING, L.L.C.** | * | CIVIL ACTION NO. |
| | * | |
| | * | SECTION |
| **VERSUS** | * | |
| | * | JUDGE |
| **ELIJAH AXSON** | * | |
| | * | MAGISTRATE |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA:**

**COMPLAINT FOR DECLARATORY JUDGMENT**

NOW INTO COURT, through undersigned counsel, comes Bailey's Catering, L.L.C. ("Bailey's"), which, upon information and belief, seeks declaratory judgment and alleges, avers, and, respectfully represents as follows:

I.

This is an action for declaratory judgment, for the purposes of determining a question at controversy relating to the legal rights and duties between the parties under the Jones Act and/or the general maritime law of the United States as is more fully set forth herein.

II.

This action presents an actual controversy within the meaning of the Declaratory Judgment Act, 28 U.S.C. § 2201 *et. seq.*, and is within this Honorable Court's jurisdiction on the basis of diversity of citizenship pursuant to 28 U.S.C. § 1332. Alternatively, jurisdiction is valid under 28 U.S.C. § 1331 and 28 U.S.C. § 1333.

III.

At all pertinent times, plaintiff, Bailey's, was and is a business authorized to do and doing business within the State of Louisiana, and it is domiciled in Louisiana.



IV.

Made defendant in this declaratory judgment is Elijah Axson, an individual of the full age of majority, and domiciled in Brunswick, Georgia, who was hired by Bailey's at some time in or around December 2013.

V.

At all material times, Bailey's was defendant's employer.

*FIRST CAUSE OF ACTION FOR*
*DECLARATORY JUDGMENT ON MAINTENANCE AND CURE*

VI.

Bailey's re-asserts and re-avers all of the allegations set forth in Paragraphs I through V as if copied herein *in extenso.*

VII.

On or about September 23, 2013, defendant was employed by Bailey's as a galley hand aboard the Parker Drilling Barge # 20, on which date he claims to have slipped on water and hurt his right arm, right hip, right leg, tailbone, and back as a result of an incident allegedly occurring on this vessel.

VIII.

Defendant's medical history, however, indicates defendant's medical condition pre-existed the September 23, 2013 date and he was not permanently or seriously injured as a result of anything occurring on that date.

IX.

After the incident, defendant treated with Dr. Gordon Gregory Gidman on September 30, 2014, who scheduled an MRI for defendant and told him to return in one week. After a second visit, on or about October 8, 2014, Dr. Gidman opined that defendant's post-injury MRI was

essentially that same as his pre-employment MRI, that defendant had no radicular symptoms and a normal neurological exam, and returned defendant to full work duty. Defendant, however, never returned to work.

X.

On or about May 21, 2015, Dr. Gordon Gregory Gidman saw defendant again and opined that defendant's post-injury MRIs were unchanged from his pre-employment MRI, that surgery would not help defendant, and that defendant was at maximum medical improvement. Defendant, however, never returned to work.

XI.

Defendant is not entitled to maintenance and cure because he is at maximum medical improvement, among other reasons to be shown at trial.

XII.

Defendant has made a demand upon Bailey's for maintenance and cure as a result of the alleged foregoing accident and injury, but the extent of this injury is denied. Bailey's has paid maintenance and cure to avoid the possibility of being accused of wrongfully withholding benefits, but submits that defendant is entitled to no further benefits (and indeed has been overpaid).

XIII.

Bailey's seeks a declaration from this Honorable Court that it is not obligated to provide defendant maintenance and cure. Alternatively, and only in the event it is determined that maintenance is owed, Bailey's seeks a declaration as to the amount of maintenance and cure that is proper in connection with this matter.

*SECOND CAUSE OF ACTION FOR*
*DECLARATORY JUDGMENT ON LACK OF LIABILITY*

XIV.

Bailey's re-asserts and re-avers all of the allegations set forth in Paragraphs I through XIII as if copied herein *in extenso.*

XV.

Bailey's, again, denies that any incident occurred on the vessel on or about September 23, 2013, for which defendant sustained any sort of injury that has not fully healed or for which defendant has not been duly compensated.

XVI.

Bailey's avers that the alleged accident and/or injury were not caused or contributed to by the fault, neglect, lack of due diligence, or want of due care on the part of Bailey's, the design or condition of the Parker Drilling Barge # 20, nor were any incidents in any way caused or contributed to by any unseaworthy condition of the Parker Drilling Barge # 20.  Rather, if any damages, losses, or injuries were sustained as a result of the aforesaid incidents, or during defendant's employment with Bailey's, which are specifically denied, said damages were due or caused by the sole fault, neglect, lack of due diligence, or want of due care on the part of defendant and/or others for whom plaintiff is not liable.

XVII.

Bailey's further avers that any and all loss, damage, injury, death, or destruction resulting from any incident on September 23, 2013, were in no way caused by the fault, neglect, design, or want of due care on the part of Bailey's, its agents, servants, or employees, or anyone for whom it is or may have been responsible.

XVIII.

Bailey's seeks a declaration from this Honorable Court that it is not liable to defendant

under the Jones Act, general maritime law, and/or any other theory of law.

XIX.

Bailey's respectfully requests a trial by jury.

WHEREFORE, plaintiff, Bailey's Catering, L.L.C., respectfully requests that process in due form of law issue, citing defendant, Elijah Axson, to appear and answer within the time prescribed by law, and, after due proceedings are had, there be judgment in Bailey's favor; whereby this Honorable Court finds that defendant is not entitled to maintenance and cure as a result of his employment with Bailey's; that Bailey's is not liable to defendant for any other damages, injuries, or losses of any kind or nature, whether under the Jones Act or otherwise; and that Bailey's is due all such other relief at law or in justice to which it may be entitled. Plaintiff respectfully further requests a trial by jury.

Respectfully submitted,

**REICH, ALBUM & PLUNKETT, L.L.C.**

/s/ Robert S. Reich
ROBERT S. REICH, T.A. (#11163)
MICHAEL T. WAWRZYCKI (#30788)
Two Lakeway Center, Suite 1000
3850 N. Causeway Blvd.
Metairie, Louisiana 70002
Telephone: (504) 830-3999
Facsimile: (504) 830-3950
Email: rreich@rapllclaw.com
Email: mwawrzycki@rapllclaw.com
*Attorneys for Bailey's Catering, L.L.C.*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been served upon all counsel of record by hand delivery, electronic delivery, facsimile transmission, or by placing same in the U. S. Mail, postage prepaid, this 29th day of July, 2015.

/s/ Robert S. Reich
Robert S. Reich

JS 44 (Rev. 12/12)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
BAILEY'S CATERING, L.L.C.

**DEFENDANTS**
ELIJAH AXSON

(b) County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*
Robert S. Reich
Reich, Album & Plunkett, L.L.C.
3850 N. Causeway Blvd., Suite 1000, Metairie, LA 70002 504.830.3999

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☒ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☒ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from Another District *(specify)* ☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity):*
28 USC Section 2201 et seq.
Brief description of cause:
Declaratory Action

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE 7-29-15
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # ____ AMOUNT ____ APPLYING IFP ____ JUDGE ____ MAG. JUDGE ____

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| BAILEY'S CATERING, L.L.C. <br><br> *Plaintiff(s)* <br> v. <br> ELIJAH AXSON <br><br> *Defendant(s)* | Civil Action No. 2:15 - 3079 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  VIA LONG ARM SERVICE

        ELIJAH AXSON
        100 Zachary Drive
        Brunswick, GA 31525-1949

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Robert S. Reich
                                             Reich, Album & Plunkett, LLC
                                           3850 N. Causeway Blvd., Suite 100
                                           Metairie, LA 70002

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                                          *CLERK OF COURT*

Date:   07/29/2015

                                                                        *Signature of Clerk or Deputy Clerk*